# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**WILLIAM J. PATTY,**

    **Plaintiff,**

**vs.**                        **CASE NO. 1:08CV163-MP/AK**

**MICHAEL J. ASTRUE,**

    **Defendants.**

_____/

## O R D E R

Presently before the Court in the above entitled action is Defendant's Motion for Enlargement of Time. (Doc. 10). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and the time within a response to the complaint shall be filed is hereby extended through February 20, 2009.

**DONE AND ORDERED** this **20th** day of January, 2009.

                              *s/ A. KORNBLUM*
                              **ALLAN KORNBLUM**
                              **UNITED STATES MAGISTRATE JUDGE**